# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAUN N. GABOR, | |
| Plaintiff, | Case No. 1:20-cv-05085 |
| v. | Honorable John J. Tharp, Jr. |
| GENERAL REVENUE CORPORATION, | Honorable Sunil R. Harjani Magistrate Judge |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff, SHAUN N. GABOR, hereby notifies the Court that Plaintiff and Defendant, GENERAL REVENUE CORPORATION, have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

DATED: September 21, 2020  Respectfully submitted,

**SHAUN N. GABOR**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com